IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01452-ZLW

HAROLD L. WALLETTE,

    Applicant,

v.

J. M. WILNER, Warden, FCI Florence, CO,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2009

GREGORY C. LANGHAM
CLERK

---

ORDER VACATING AUGUST 14, 2008, DISMISSAL AND JUDGMENT
AND ENTERING NEW ORDER OF DISMISSAL AND JUDGMENT

---

On June 1, 2009, the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) issued a mandate in the above-referenced case. The Tenth Circuit remanded the instant action to this Court and directed the Court to dismiss this matter without prejudice for failure to exhaust administrative remedies. Accordingly, it is

ORDERED that the August 14, 2008, Order of Dismissal and Judgment are vacated. The Application is denied and the action is dismissed without prejudice for failure to exhaust administrative remedies.

DATED at Denver, Colorado, this 4 day of June, 2009.

BY THE COURT:

*Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01452-ZLW

Harold L. Wallette
Reg No. 4047-059
FCI - Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/4/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk